IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONY L. RUDD, #179488 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:11-cv-711-WHA-TFM |
| | ) | [wo] |
| TONY PATTERSON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**OPINION and ORDER**

On August 4, 2014, the Magistrate Judge filed a Recommendation to deny the Petition for habeas corpus relief and to dismiss this case with prejudice (Doc. No. 26). There have been no objections filed to this Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice.

DONE this 29th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON, III
UNITED STATES DISTRICT JUDGE