IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY L. RUDD, #179488 ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | CASE NO.  3:11-cv-711-WHA-TFM |
| ) | [wo] |
| TONY PATTERSON, *et al.*, ) | |
| ) | |
|    Respondents. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the Petitioner and against the Respondents, and that this action be and is hereby dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON, III
UNITED STATES DISTRICT JUDGE